

FILED
CLERK, U.S. DISTRICT COURT

APR 1 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Wesley Ryan Cabala DEFENDANT(S). | CASE NUMBER MJ 18-670 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for _Tuesday 4/17/18_ , _____ , at _1:30_ ☐a.m. / ☑p.m. before the Honorable _J. Chooljian_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _4/16/18_

_____
U.S. District Judge/Magistrate Judge